UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| PINN, INC. | | Case No. 8:19-cv-01840-DOC (JDE) |
| | Plaintiff, | Hon. John D. Early |
| v. | | **ORDER APPROVING PARTIES' STIPULATED PROTECTIVE ORDER** |
| GOOGLE LLC | | |
| | Defendant. | |

GOOD CAUSE APPEARING THEREFOR, the Stipulated Protective Order entered into by and between counsel for Plaintiff Pinn, Inc. ("Plaintiff") and Defendant Google, LLC ("Defendant") is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff and Defendant shall obey the provisions of the Stipulated Protective Order.

IT IS SO ORDERED.

DATED: February 4, 2020

*David O. Carter*

Hon. David O. Carter